Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
David J. Heubeck
Stephen E. Marshall
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br><br>ALL ACTIONS | MDL NO. 1789<br>1:06-md-1789 (JFK) |
|---|---|

## DECLARATION OF WILLIAM J. BEAUSOLEIL

WILLIAM J. BEAUSOLEIL declares as follows:

  1. I am an attorney admitted to practice before this Court and a partner at Hughes Hubbard & Reed LLP, attorneys for Defendant Merck Sharp and Dohme, Corp., formerly known as Merck & Co., Inc. ("Merck"). I am familiar with the facts set forth herein. I make this declaration based on my own personal knowledge and the business records of the Firm.

  2. I make this declaration in support of Merck's Memorandum in Support of its Motion for Entry of a <u>Lone Pine</u> Order.

      3.      A true and correct copy of Merck's proposed Case Management Order is attached hereto as Exhibit 1.

      4.      A true and correct copy of <u>Lone Pine</u> Orders entered in other pharmaceutical MDLs is attached hereto as Exhibit 2. This exhibit includes: <u>In re Avandia Mktg. Sales Practices and Prods. Liab. Litig.</u>, MDL No. 1871 (E.D. Pa. Nov. 15, 2010) (Pretrial Order No. 21); <u>In re Zyprexa Prods. Liab. Litig.</u>, MDL No. 1596 (E.D.N.Y. June 2, 2010); <u>In re Bextra and Celebrex Mktg. Sales and Prods. Liab. Litig.</u>, MDL No. 1699 (N.D. Cal. Aug. 1, 2008) (Pretrial Order No. 29); <u>In re Vioxx Prods. Liab. Litig.</u>, MDL No. 1657 (E.D. La. Nov. 9, 2007, July 6, 2009) (Pretrial Orders Nos. 28, 29, and 43); <u>In re Rezulin Prods. Liab. Litig.</u>, MDL No. 1348 (S.D.N.Y. May 9, 2005) (Pretrial Order No. 370); <u>In re Baycol Prods. Liab. Litig.</u>, MDL No. 1431 (D. Minn. Mar. 18, 2004) (Pretrial Order No. 114).

      5.      A true and correct copy of a chart summarizing the resolution or status of bellwether cases is attached hereto as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                          /s/
                            WILLIAM J. BEAUSOLEIL

DATED:    New York, New York
              October 15, 2012